GARY L. MYERS, ESQ.
Nevada Bar No. 3120
**LAW OFFICE OF GARY L. MYERS**
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, Nevada 89128-8359
Telephone: 702.240.1980
Facsimile: 702.240.1981
Attorney for Defendant **IGNACIO FLORES GARCIA**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN CARLOS MACIAS-CHAVEZ, <br>  aka Juan Carlos Munguia <br> JOSE ROSALLES, <br>  aka Don Pancho, <br> IGNACIO FLORES GARCIA, <br><br> Defendants. | Case No.: 2:09-cr-00302-GMN-PAL <br><br> **SECOND MOTION TO EXTEND SURRENDER DATE** |

     Defendant IGNACIO FLORES-GARCIA by and through his attorney, Gary L. Myers, Esq., hereby presents the following Second Motion to Extend Surrender Date. This Motion is made and based upon the accompanying memorandum of points and authorities, the pleadings and papers on file herein and such argument and evidence as may be presented at the hearing on this Motion, should any occur.

     Dated:     August 15, 2011

                                  LAW OFFICE OF GARY L. MYERS

                                  By:_____//s//_____
                                      GARY L. MYERS, ESQ., #3120
                                      7251 W. Lake Mead Blvd., Suite 300
                                      Las Vegas, Nevada 89128-8359
                                      Attorney for Defendant
                                      **IGNACIO FLORES GARCIA**

///

///

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant IGNACIO FLORES-GARCIA was sentenced by this Court on June 23, 2011 to 48 months' incarceration with a surrender date of September 26, 2011. Thereafter, on July 14 (2011) a Motion To Extend Surrender Date, Permit Travel Outside the Jurisdiction and Temporarily Provide Defendant With His Passport (document 155) was filed on behalf of Mr. Flores-Garcia. The court granted this Motion on the following day (document 156), extending Ignacio's surrender date until November 25, 2011. On or about August 3, 2011, the undersigned received a call from Ms. Sandra Bustos, the Pretrial Services' officer who is supervising Ignacio. At the time of her call, Ignacio was in Ms. Bustos' office, and she stated to the effect that Ignacio had an additional request or need relating to his surrender date. Ms. Bustos stated that Ignacio's wife, Maria Elena Garcia, who is pregnant with the couple's first child, has a due date of December 17, 2011. Mr. Flores-Garcia currently plans on discontinuing his employment with Marmaxx Distribution Center shortly before his surrender date; Ignacio has been employed with Marmaxx for approximately 1½ years, and medical insurance for him and his family is provided by Marmaxx. However, when Ignacio's employment ends, his insurance coverage likewise will expire. This means that, if Ignacio resigns shortly before his 11/25/11 surrender date, his wife's labor and delivery will not be covered by insurance, and she may need to have the baby delivered by a different physician than the one who has seen her throughout her pregnancy (and whose bills have been paid by medical insurance).

In view of the preceding, Mr. Flores-Garcia respectfully requests and moves that his surrender date be continued until early January, 2012 so that he can continue his employment and thereby continue his insurance coverage during his wife's labor and delivery. This request is for a brief additional time after the aforementioned 12/17/11 due date, in case the baby is overdue or there are problems with the delivery. This additional time also will permit Ignacio to be

present during the birth of his child.  Incidentally, Ms. Bustos stated, during the 8/3/11 conversation with the undersigned, that (1) she supports this request for an extension of the surrender date, and (2) there has not been the slightest problem, much less any violation, presented by Ignacio during her supervision of him.  Additionally, shortly after the conversation with Ms. Bustos, the undersigned contacted AUSA Bradley Giles to inquire concerning his (Giles) position relating to the subject request, Mr. Giles stated that he would "defer to the discretion of the Court" in this regard.

In closing, Mr. Flores-Garcia greatly appreciates the granting of his first request to extend his surrender date and does not at all mean to "go to the well too often" in asserting this second request.  However, Mr. Flores-Garcia respectfully submits that good cause exists for a second surrender date continuance and respectfully requests that this motion be given strong consideration.

Dated:	August 15, 2011

LAW OFFICE OF GARY L. MYERS


By:_____//s//_____
      GARY L. MYERS, ESQ., #3120
      7251 W. Lake Mead Blvd., Suite 300
      Las Vegas, Nevada  89128-8359
      Attorney for Defendant
      **IGNACIO FLORES GARCIA**